**Order entered December 18, 2013**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

No. 05-13-00607-CV

**CHAO-TSU LEE, ET AL., Appellants**

**V.**

**FANNIE MAE, Appellee**

**On Appeal from the County Court at Law No. 1**
**Dallas County, Texas**
**Trial Court Cause No. CC-12-07466-A**

## ORDER

We **GRANT** appellants' November 6, 2013 motion for an extension of time to file their notice of appeal. The notice of appeal filed on April 30, 2013 is deemed timely for jurisdictional purposes.

/s/     DAVID EVANS
           PRESIDING JUSTICE